FILED
07 DEC -5 PM 3:53
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____
       DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| UNITED STATES OF AMERICA, | ) Criminal Case No. 07CR3284 WQH |
|---|---|
| Plaintiff, | ) |
| v. | ) I N D I C T M E N T |
| OSVALDO CASTRO-GAXIOLA, | ) Title 21, U.S.C., Secs. 841(a)(1) and 846 – Conspiracy to Distribute Methamphetamine |
| Defendant. | ) |

The grand jury charges:

Beginning at a date unknown to the grand jury and continuing up to and including October 31, 2006, within the Southern District of California, and elsewhere, defendant OSVALDO CASTRO-GAXIOLA did knowingly and intentionally conspire with other persons known and unknown to the grand jury to distribute 500 grams and more of a mixture and substance containing a detectable amount, to wit: methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

DATED: December 5, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JONATHAN I. SHAPIRO
Assistant U.S. Attorney

MIC:nlv:San Diego
12/4/07