FILED
07 DEC -5 PM 3:54
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 CR 3284 WQH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | |
| v. | NOTICE OF RELATED CASE |
| OSVALDO CASTRO-GAXIOLA, | |
| Defendant. | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Andres Chavez-Chavez, et al.</u>, Criminal Case No. 07CR1408-WQH.

DATED: December 5, 2007.

KAREN P. HEWITT
United States Attorney

JONATHAN I. SHAPIRO
Assistant U.S. Attorney