Joseph Milchen
Attorney at Law
136 Redwood Street
San Diego, CA 92103
(619) 291-3399
California State Bar No. 38098

Attorney for Defendant
Osvaldo Castro-Gaxiola

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable William Q. Hayes)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07-CR-3284 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| OSVALDO CASTRO-GAXIOLA, | ) | |
| | ) | |
| Defendant. | ) | |

Joseph Milchen certifies as follows:

On December 19, 2007 I electronically served the Notice of Motion and Motion for Discovery, with attachments, on Assistant U.S. Attorney Michael J. Crowley.

s/Joseph Milchen_____
Joseph Milchen
Attorney for Defendant
Osvaldo Castro-Gaxiola