| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | MICHAEL J. CROWLEY |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 168753 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5733 /(619) 557-3445 |
| | Email: michael.crowley2@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07cr3284-WQH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| OSVALDO CASTRO-GAXIOLA, | ) | NOTICE OF APPEARANCE |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

| Name | CBN | Tele. No. | Email Address |
|---|---|---|---|
| Michael J. Crowley | 168753 | 619-557-5733 | michael.crowley2@usdoj.gov |

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

| Name | CBN | Tele. No. | Email Address |
|------|-----|-----------|---------------|
| N/A  |     |           |               |

DATED: February 22, 2008

          Respectfully submitted,

          KAREN P. HEWITT
          United States Attorney

          <u>s/ Michael J. Crowley</u>
          MICHAEL J. CROWLEY
          Assistant United States Attorney

Notice of Appearance
United States v. Osvaldo Castro-Gaxiola    2          07cr3284-WQH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>      Plaintiff,  )<br>  )<br>      v.  )<br>  )<br>OSVALDO CASTRO-GAXIOLA,  )<br>  )<br>      Defendant.  )<br>_____) | Criminal Case No. 07cr3284-WQH<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

    I, Michael J. Crowley, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Joseph Milchen, Esq.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on February 22, 2008.

s/Michael J. Crowley
MICHAEL J. CROWLEY
Assistant U.S. Attorney

Notice of Appearance
United States v. Osvaldo Castro-Gaxiola                  07cr3284-WQH