UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07cr3284-WQH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| OSVALDO CASTRO-GAXIOLA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

    I, Michael Crowley, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action.  I have caused service of: **Government's Response and Opposition to Defendant's Discovery Motion and Motion for Reciprocal Discovery** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Joseph Milchen, Esq.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on <u>February 22, 2008.</u>

                                                     <u>/s/ Michael Crowley</u>
                                                     MICHAEL CROWLEY
                                                     ASSISTANT U.S. ATTORNEY