Joseph Milchen
Attorney at Law
136 Redwood Street
San Diego, CA 92103
(619) 291-3399
California State Bar No. 38098

Attorneys for Defendant
Osvaldo Castro-Gaxiola

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable William Q. Hayes)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07-CR-3284 |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Ex Parte Motion to Allow Submission of Vouchers For Interim Payment |
| OSVALDO CASTRO-GAXIOLA, | ) ) | |
| Defendant. | ) ) | |

On November 14, 2007, United States Magistrate Peter Lewis, appointed Joseph Milchen as counsel for defendant Osvaldo Castro-Gaxiola.

On April 17, 2008 the parties to this matter filed a Joint Motion to Exclude Time under the Speedy Trial Act due to the complexity of the case. The Joint Motion was based upon the following: (1) there were approximately 10 months of court-authorized wiretaps on numerous telephones, (2) government agents executed approximately 23 search warrants at residences located throughout San Diego County, (3) there are 10 CDs containing

thousands of hours of intercepted calls, (4) there are 8 CDs containing hundreds of photographs concerning various aspects of the investigation, (5) there are approximately 19,968 voice sessions, and 6,907 pertinent voice sessions, (6) the discovery includes approximately 75,000 pages of line sheets, (7) there are approximately 175 investigative reports, (8) there are over 55 drug exhibits, and (9) there are over 200 non-drug exhibits.

The court granted the motion on April 21, 2008, and excluded the time between December 19, 2007 and July 21, 2008, the date currently set for a status conference in the case.

Because it is anticipated that the case will continue to extend over a considerable period of time, and because counsel will be spending a considerable amount of time reading the discovery to become familiar with the facts and legal issues in the case, it is respectfully requested that counsel for Osvaldo Castro-Gaxiola be allowed to submit interim vouchers for payment in this matter. Rather than waiting until the termination of the case, application is made for permission to submit a voucher reflecting the time spent on the case when the voucher will be approximately $5,000.00.

Dated:  April 25, 2008                    s/Joseph Milchen
                                          Joseph Milchen
                                          Attorney for Defendant
                                          Osvaldo Castro-Gaxiola