Joseph Milchen
Attorney at Law
136 Redwood Street
San Diego, CA 92103
(619) 291-3399
California State Bar No. 38098

Attorney for Defendant
Osvaldo Castro-Gaxiola

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable William Q. Hayes)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | Case No. 07-CR-3284 |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | CERTIFICATE OF SERVICE |
| ) | | |
| ) | | |
| OSVALDO CASTRO-GAXIOLA, ) | | |
| ) | | |
| Defendant. ) | | |
| ) | | |
| _____ ) | | |

Joseph Milchen certifies as follows:

On April 25, 2008 I electronically served the Ex Parte Motion to Allow Submission of Vouchers for Interim Payment, with attachments, on Assistant U.S. Attorney Michael J. Crowley.

Dated:  April 25, 2008                    s/Joseph Milchen_____
                                          Joseph Milchen
                                          Attorney for Defendant
                                          Osvaldo Castro-Gaxiola