UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable William Q. Hayes)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07-CR-3284 |
| Plaintiff, | ) | |
| v. | ) | Order Allowing Submission Of Interim Vouchers for Payment |
| OSVALDO CASTRO-GAXIOLA, | ) | |
| Defendant. | ) | |

Good cause appearing in the Ex Parte Motion To Allow Submission of Interim Vouchers for Payment, it is hereby ordered that Joseph Milchen may submit interim vouchers for payment in the above matter reflecting the time spent on the case when the voucher will be approximately $5,000.00.

Dated: April 28, 2008

William Q. Hayes
United States District Judge