Joseph Milchen
Attorney at Law
136 Redwood Street
San Diego, CA 92103
(619) 291-3399
California State Bar No. 38098

Attorney for Defendant
Osvaldo Castro-Gaxiola

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable William Q. Hayes)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07-CR-3284 |
| | ) | |
| Plaintiff, | ) | Notice of Motion and |
| | ) | Motion in Limine to |
| v. | ) | Preclude Introduction |
| | ) | At Trial of Any and All |
| OSVALDO CASTRO-GAXIOLA, | ) | Statements of Co-Conspirators |
| | ) | Made After Defendant's Arrest on |
| Defendant. | ) | October 31, 2006 |
| | ) | |
| | ) | Date: |
| | ) | Time: |

## Notice of Motion

To: Karen P. Hewitt, United States Attorney, and Michael J. Crowley, Assistant United States Attorney, Southern District of California, San Diego, CA

Please take notice that on         , 2008, at     , or as soon thereafter as counsel may be heard, defendant Osvaldo Castro-Gaxiola, through his attorney, Joseph Milchen, will move to preclude introduction into evidence at the trial in this matter of any and all statements made by co-conspirators following his arrest as a result of the investigation into his involvement on October 31, 2006.

## **Motion**

Defendant Osvaldo Castro-Gaxiola, through his attorney, Joseph Milchen, hereby moves the court to preclude introduction of any and all statements of co-conspirators following his arrest by state authorities on October 31, 2006 for his involvement in the same conspiracy. This motion is based upon the files and records in this case and the attached Memorandum of Points and Authorities in Support of this Motion, and upon such other matters as may come before the court.

Dated:  June 10, 2008        s/Joseph Milchen_____
                             Joseph Milchen
                             Attorney for Defendant
                             Osvaldo Castro-Gaxiola