Joseph Milchen
Attorney at Law
136 Redwood Street
San Diego, CA 92103
(619) 291-3399
California State Bar No. 38098

Attorney for Defendant
Osvaldo Castro-Gaxiola

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable William Q. Hayes)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07-CR-3284 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| | ) | |
| OSVALDO CASTRO-GAXIOLA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Joseph Milchen certifies as follows:

On June 10, 2008 I electronically served the Notice of Motion and Motion in Limine to Preclude Introduction into Evidence at Trial Any and All Statements of Co-conspirators Made After Defendant's Arrest on October 31, 2006, and Points and Authorities in Support of Motion In Limine to Preclude Introduction Into Evidence of Statements Made by Co-conspirators After Defendant's Arrest on October 31, 2006 on U.S. Attorney Michael J. Crowley.

Dated:  June 10, 2008                             s/Joseph Milchen_____
                                                  Joseph Milchen
                                                  Attorney for Defendant
                                                  Osvaldo Castro-Gaxiola