**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. vs _Osvaldo Castro Gaxiola_          No. _07CR3284-WQH_

The Court finds excludable delay, under the section indicated by check (✓),
commenced on _7/21/08_ and ended on _11/14/08_.

3161(h)

___(1)(A)    Exam or hrg for **mental or physical incapacity**                                         A

___(1)(B)    **NARA exam**ination (28:2902)                                                            B

___(1)(D)    State or Federal trials or **other charges pending**                                      C

___(1)(E)    **Interlocutory appeals**                                                                 D

___(1)(F)    **Pretrial motions** (from flg to hrg or other prompt dispo)                              E

___(1)(G)    **Transfers from other district** (per FRCrP 20, 21 & 40)                                 F

___(1)(J)    **Proceedings under advisement** not to exceed thirty days                                G

___          Misc proc:  Parole or prob rev, deportation, **extradition**                              H

___(1)(H)    **Transportation** from another district or to/from examination                           6
             or hospitalization in ten days or less

___(1)(I)    Consideration by Court of **proposed plea agreement**                                     7

___(2)       **Prosecution deferred** by mutual agreement                                              I

___(3)(A)(B) **Unavailability of defendant** or **essential witness**                                  M

___(4)       Period of **mental or physical incompetence** of defendant to                             N
             stand trial

___(5)       Period of **NARA commitment or treatment**                                                O

___(6)       **Superseding indictment and/or new charges**                                             P

___(7)       **Defendant awaiting trial of co-defendant** when no severance                            R
             has been granted

___(8)(A)(B) **Continuance**s granted per (h)(8)-use "T" alone if more than                            T
             one of the reasons below are given in support of continuance

___(8)(B)(i)(1) Failure to **continue** would stop further proceedings or                              T1
             result in **miscarriage of justice**

_X_(8)(B)(ii)  2) **Case** unusual or **complex**                                                      (T2)

___(8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in                               T3
             thirty (30) days

___(8)(B)(iv)  4) **Continuance** granted in order to obtain or **substitute**                         T4
             **counsel,** or give reasonable time to prepare

___3161(I)   Time up to **withdrawal of guilty plea**                                                  U

___3161(b)   **Grand jury indictment time extended** thirty (30) more days                             W


Date _7/21/08_                                    _[signature]_
                                                  Judge's Initials